Mark Regan
Joanna L. Cahoon
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska  99503
(907) 565-1002
mregan@dlcak.org, jcahoon@dlcak.org

James J. Davis, Jr.
Alaska Legal Services Corporation
1016 W. 6th Ave., Ste. 200
Anchorage, AK  99501
Phone: 907-222-4504
jdavis@alsc-law.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA and R.S. and J.S., minors through their parent, KIKONO SAVO, <br><br> Plaintiff(s) <br><br> v. <br><br> VALERIE DAVIDSON, in her official capacity as Commissioner of the Alaska Department of Health and Social Services, and STATE OF ALASKA, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, <br><br> Defendant(s) | Case No. 3:16-cv-00277-HRH <br><br> **SETTLEMENT AGREEMENT** |

The parties, through counsel, agree to the following terms to resolve this litigation:

1. The Department of Health and Social Services' regulations, filed 4/30/2018, with an effective date of 7/1/2018, "Department of Health and Social Services regulations re: services for behavioral health, Medicaid coverage and payment, and autism services," Register 226 of July 2018, will go into effect on July 1, 2018.
2. Defendants will continue their practice of sending EPSDT "Newsletters" regarding the EPSDT program.
3. Defendants will continue their practice of sending "EPSDT letters" when a Medicaid-eligible child is due for a well-child check and has not received one in a timely manner.
4. Defendants will send an agreed-upon letter to all primary care providers and behavioral health care providers regarding the new autism services regulations. That letter is attached hereto as Exhibit 1.
5. Defendants will send an agreed-upon letter to all parents/guardians of children who have been receiving autism services under the Home and Community Based Waiver program to inform them that autism services will be provided under the EPSDT program as of July 1. That letter is attached hereto as Exhibit 2.
6. Defendants will send an agreed-upon letter to all parents/guardians of children who have made claims under Medicaid for the past two years in which those claims reflect a diagnosis of Autism Spectrum Disorder, even if the claim did not concern ASD; the letter will inform the parents/guardians that autism services will be provided under the EPSDT program as of July 1. That letter is attached hereto as Exhibit 3.
7. Defendants will pay plaintiffs $91,000 in attorney's fees and costs, plus post-judgment interest on that amount at the rate of 5% per annum from the date judgment is entered in this case until the amount is paid in full. This amount

will be added to the judgment bill in the next legislative session and the monies will be paid subject to appropriation from the legislature.

8. This case is dismissed.

DATED: July 26, 2018.

/s/ Mark Regan
Mark Regan
Joanna L. Cahoon
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
mregan@dlcak.org, jcahoon@dlcak.org

/s/ James J. Davis, Jr.
James J. Davis, Jr.
Alaska Legal Services Corporation
1016 W. 6th Ave., Ste. 200
Anchorage, AK 99501
Phone: 907-222-4504
jdavis@alsc-law.org,

DATED: July 26, 2018.

JAHNA LINDEMUTH
ATTORNEY GENERAL

/s/Steven Bookman
By: Steven Bookman
    Assistant Attorney General
    Alaska Bar No. 0011071
    Department of Law
    1031 West Fourth Avenue, Suite 200
    Anchorage, AK 99501
    Phone: (907) 269-8484
    Facsimile: (907) 269-3748
    Email: steven.bookman@alaska.gov
    Attorney for State of Alaska

Approved and ordered this _____ day of July 2018.

_____
H. RUSSEL HOLLAND
SENIOR DISTRICT JUDGE